# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC. )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>GRANNY SQUARE 2 INC. and FRANK )<br>ANELLO, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:07CV145 |

## ORDER

This matter comes before the Court on the Motion of Michael W. O. Holihan to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Holihan has complied with the requirements for such admission, the Motion is hereby GRANTED.

**IT IS SO ORDERED**.

Signed: May 15, 2007

David C. Keesler
United States Magistrate Judge